**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-01492-REB-CBS

KELLY J. STAFFORD f/k/a KELLY J. PARSONS,

    Plaintiff,

v.

MARRIOTT HOTEL SERVICES, INC.,

    Defendant.

**ORDER OF DISMISSAL**

**Blackburn, J.**

    The matter is before the court on the **Stipulation For Dismissal With Prejudice** [#68][1] filed October 3, 2014.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation For Dismissal With Prejudice** [#68] filed October 3, 2014, is **APPROVED**;

    2.  That any pending motion is **DENIED** as moot; and

---

[1] "[#68]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 7, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge